## Case No. 5,228.

GARDNER v. GOODYEAR DENTAL VUL-
CANITE CO.

[See 21 U. S. (Lawy. Ed.) 141.]